CLERK'S OFFICE ... COURT
AT ... VA
MAR 28 2006
JO... F. CORCORAN, CLERK
B...
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROY M. TERRY, JR., et al., *Plaintiffs*, v. VIRGINIA M. JUNE, *Defendant.* | CIVIL ACTION NO. 3:03CV00047 ORDER JUDGE NORMAN K. MOON |

Before the Court is the Receiver's Verified Motion for Partial Summary Judgment, filed on August 25, 2005. In this Motion, the Receiver moves the Court to enter summary judgment in his favor as to two issues relating to the Defendant's receipt of Vavasseur profit distributions.

Having thoroughly reviewed the entire record, and for the reasons stated in the accompanying memorandum opinion, it is hereby:

ADJUDGED ORDERED AND DECREED

as follows:

1. The Receiver's Verified Motion for Partial Summary Judgment, filed August 25, 2005, shall be, and it hereby is, GRANTED;

2. Summary judgment shall be entered in the Receiver's favor as to the following findings: (A) the Defendant has conceded to receipt of $92,800 in Vavasseur-related profit distributions; and (B) in addition to the aforementioned amount, the

$34,000 (less wire transfer fees of $27) transfer received by the Defendant August 15, 2001 was a Vavasseur-related profit distribution.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Jaure L. Moon
United States District Judge

3/28/06
Date